UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:24-cr-00017-JPH-CMM |
| | ) | |
| DAVID ZIEMENDORF, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant David Ziemendorf was ordered to pay a $400.00 special assessment and a $5,000.00 fine as part of the sentence in this case. Dkt. 42. Mr. Ziemendorf has approximately $3,000.00 in his inmate trust account, which is maintained in the possession, custody, or control of the Bureau of Prisons. Dkt. 45 at 2. The government has filed a motion for an order authorizing the Bureau of Prisons to turn over $2,500.00 of the funds held in Mr. Ziemendorf's inmate trust account under 18 U.S.C § 3613 and 18 U.S.C § 3664. *Id.* Mr. Ziemendorf has had the opportunity to respond and has not done so.

Under 18 U.S.C. § 3613(a), "a judgment imposing a fine may be enforced against all property or rights to property of the person fined," with few exemptions. And under 18 U.S.C. § 3613(c), a fine imposed as part of a criminal sentence "is a lien in favor of the United States on all property and rights to property of the person fined." *See United States v. Sayyed*, 862 F.3d 615, 618 (7th Cir. 2017); *United States v. Doyle*, No. 10-CR-30057-DWD, 2021

1

WL 1814989 (S.D. Ill. May 6, 2021). A defendant's property includes their inmate trust account, *see United States v. Lemberger*, 673 Fed. App'x 579, 580 (7th Cir. 2017), which is not listed in the statutory exemptions, 18 U.S.C. § 3613(a). Mr. Ziemendorf therefore must "apply the value of such resources to any restitution or fine still owed." 18 U.S.C § 3664(n).

The government's motion to authorize payment from Mr. Ziemendorf's inmate trust account is **GRANTED**. Dkt. [45]. The Bureau of Prisons **is authorized** to turn over the amount of $2,500.00 from Mr. Ziemendorf's inmate trust account to the Clerk of the Court. The Clerk of the Court shall accept these funds as payment toward Mr. Ziemendorf's criminal monetary obligations in this case.

The payment should be made payable to the "Clerk of the Court" and forwarded to the address below with the Mr. Ziemendorf's name and the cause number 2:24-cr-0017-JPH-CMM on the check:

> United States District Court Clerk
> 46 East Ohio Street, Room 105
> Indianapolis, IN 46204

The Clerk shall apply these funds to the criminal monetary penalties owed by the Defendant in this case.

**SO ORDERED.**

Date: 10/6/2025

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel

2

David Ziemendorf
No. 08444-028
FCI Hazelton
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV 26525